68 F.3d 685
 CHEMICAL LEAMAN TANK LINES, INC., Plaintiff-Appellee
v.
The AETNA CASUALTY & SURETY COMPANY, Et Al., Robin Anthony
Gildart Jackson, an Underwriter at Lloyd's,
London, Et Al., Defendants-Appellants in
No. 93-5777,
The Aetna Casualty & Surety Company, Defendant-Appellant in
 No. 93-5794.
 Nos. 93-5777, 93-5794.
 United States Court of Appeals,
Third Circuit.
 Dec. 15, 1995.
 
 Before: SCIRICA, NYGAARD and McKEE, Circuit Judges.
 
 ORDER FOR PANEL REHEARING
 
 1
 It is hereby ordered that, pursuant to Internal Operating procedure 9.5.7, panel rehearing is granted in the above captioned appeal, and the opinion previously filed on October 12, 1995, is hereby vacated.